# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Henke,<br><br>       Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>       Defendant. | NO. CV-23-00314-TUC-JGZ (MAA)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 10, 2024, the decision of the Commissioner of Social Security is reversed, and this case is remanded to the Social Security Administration for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

January 10, 2024

                                              s/ M. Espinoza
                                    By     Deputy Clerk